**Order entered October 9, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00188-CV

### GLOBAL SUPPLY CHAIN SOLUTIONS, LLC, Appellant

### V.

### RIVERWOOD SOLUTIONS, INC., AND LORI AUSTIN, Appellees

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04054-2015**

## ORDER

Before the Court is appellant's October 8, 2018 unopposed motion for an extension of time to file a reply brief. We **GRANT** the motion and extend the time to **October 22, 2018**.


/s/    ADA BROWN
        JUSTICE